THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOEL MARK, Appellant.

Submitted February 13, 2007; decided March 27, 2007

Motion to dismiss the appeal herein granted and appeal dismissed without prejudice to a motion to reinstate the appeal should defendant return to this Court's jurisdiction (*see People v Diaz*, 7 NY3d 831 [2006]).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHRISTOPHER DI MEO, Appellant, v DALE ARTUS, Respondent.

Submitted March 12, 2007; decided March 27, 2007

Motion for leave to appeal denied. Motion for a stay denied. Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CURTIS MIDDLE-BROOKS, Appellant, v JAMES CONWAY, as Superintendent of Attica Correctional Facility, Respondent.

Submitted January 8, 2007; decided March 27, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.